EMÉRITO VELÁZQUEZ, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE CAGUAS, recurrido.

Núm. 1170.—*Sometido:* Noviembre 5, 1945. *Resuelto:* Noviembre 26, 1945.

*Antonio L. López,* abogado del recurrente; el registrador recurido no compareció.

EL JUEZ PRESIDENTE SEÑOR TRAVIESO emitió la opinión del tribunal.

Juan Rivera López de Victoria, dueño de una finca rústica de seiscientas veinticinco milésimas de cuerda, o sea 2,459.2 metros cuadrados, segregó y vendió a doña Angustia Rodríguez 160 metros cuadrados, quedándole un remanente de 2,299.2 metros cuadrados.

Por escritura de 23 de agosto de 1945, el señor Rivera segregó del indicado remanente de 2,299.2 metros un predio de 334 metros cuadrados, quedando reducida la finca a 1,965.2 metros cuadrados. Por la misma escritura el Sr. Rivera vendió dicho remanente de 1,965.2 metros cuadrados a don Emérito Velázquez.

Presentada la escritura al Registro de la Propiedad de Caguas para la inscripción de dicha finca a nombre del Sr. Velázquez, negóse el Registrador a practicar la inscripción solicitada "por resultar que al subdividirse el solar que trata de inscribirse no se ha cumplido con lo dispuesto en el apartado final del artículo primero del Reglamento de Lotificación, que determina que el Registrador de la Propiedad, antes de proceder a aceptar tales divisiones o segregaciones para registrarlas requerirá de la parte interesada la certificación expedida al efecto por la Junta de Planificación, Urbanización y Zonificación de Puerto Rico, cuya certificación no se acompaña según lo determina dicho Reglamento."

No estando conforme con la nota denegatoria del Registrador, el Sr. Velázquez interpuso el presente recurso, alegando que el registrador ha interpretado erróneamente la ley, pues no se trata de inscribir una o varias segregaciones y sí de la inscripción del remanente de una propiedad.

El artículo 1 del Reglamento de Lotificación, aprobado por la Junta de Planificación, Urbanización y Zonificación, excluye de sus disposiciones a las "divisiones y lotificaciones de fincas en la zona rural para fines agrícolas, cuando el área tanto del remanente como de cada una de las nuevas fincas resulte de cinco (5) cuerdas o mayor". El mismo artículo, en su segundo párrafo, dispone que cuando el remanente o las nuevas fincas resulten, respectivamente, con un área menor de cinco (5) cuerdas, la lotificación o división de una finca podrá ser dispensada expresamente de cumplir con el Reglamento, por la Junta de Planificación.

En *Vega* v. *Registrador*, ante, pág. 105, resolvimos que "para que una lotificación esté exenta de las disposiciones del Reglamento y pueda ser inscrita sin la dispensa otorgada por la Junta, es necesario que el área de la finca segregada sea por lo menos de cinco cuerdas y que el área del remanente de la finca principal tampoco sea menor de cinco cuerdas". En el caso de autos tanto la finca segre-

gada como el alegado remanente tienen, respectivamente, un área de menos de cinco cuerdas. Ninguna de las dos parcelas puede ser inscrita sin la dispensa de la Junta.

*La nota recurrida debe ser confirmada.*